UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES CALIZARE, and SECURISER AVEC RECHERCHER,

Plaintiffs,

v.

LENOX HILL HOSPITAL, NORTHWELL HEALTH, BERKSHIRE HATHAWAY, DIRECTORS AND/OR OFFICERS OF BERKSHIRE HATHAWAY, BOARD MEMBERS of Lenox Hill Hospital together with Northwell Health and its systems, doctors, pulmonary therapists listed in Exhibit: T, DOCTORS AND PULMONARY THERAPISTS, and OWNERSHIP OF BERKSHIRE HATHAWAY,

Defendants.

No. 26-CV-880 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 3, 2026, Magistrate Judge Stein, after repeatedly extending the deadline for Plaintiff Calizare to respond to pending motions to dismiss while he sought counsel, extended the deadline "for a final time" to September 22, 2026 and warned that "no further extensions of this deadline shall be granted." Dkt. 29. On September 22, 2026, Plaintiff Calizare filed a notice of voluntary dismissal. Dkt. 30. On September 28, 2026, the Court directed Calizare to clarify whether the notice sought dismissal as to all Defendants, or solely Lenox Hill Hospital, Northwell Health, and Berkshire Hathaway. Dkt. 31. On October 20, 2026, Calizare indicated that, contrary to the September 22 notice of voluntary dismissal, he is "unable to confirm that voluntary dismissal is the course I wish to pursue" and requested that the Court "defer ruling on" the notice "until February 26, 2027" to allow Calizare further time to seek counsel. Dkt. 32.

In light of Calizare's letter, the Court considers the notice of voluntary dismissal withdrawn. Calizare, however, has not received, and the Court does not grant, any further

extension for Calizare to respond to the pending motions to dismiss, which have each been pending for over six months with no opposition. *See* Dkts. 6, 13. Absent a showing of good cause to the contrary, the Court will deem the motions to be unopposed.

Finally, Plaintiff is advised that, if he seeks further assistance, he may consult with the City Bar Justice Center's clinic for pro se litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists pro se litigants with federal civil cases.

SO ORDERED.

Dated: October 23, 2026
New York, New York

Ronnie Abrams
United States District Judge